IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:02-751 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SHAN SCOTT, a/k/a "Shawn" | ) | |

And now, this 20th day of December, 2018, the Government's Motion is granted, and it is hereby ordered and decreed that the charges pending against Shan Scott, a/k/a "Shawn" in Criminal Number 4:02-751 are hereby dismissed without prejudice.

December 20, 2018  s/ R. Bryan Harwell
Florence, South Carolina  R. Bryan Harwell
  United States District Judge